UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES VAN ALST,

    Plaintiff,

v.                                                      Case No: 8:14-cv-2413-T-36EAJ

GOODYEAR TIRE & RUBBER
COMPANY,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Elizabeth A. Jenkins on January 23, 2015 (Doc. 14). In the Report and Recommendation, Magistrate Judge Jenkins recommends that the Court grant the parties' Joint Notice of Filing, Joint Stipulation and Motion for Approval of Settlement Agreement and Dismissal with Prejudice with Incorporated Memorandum of Law (Doc. 13). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). By joint notice, the parties have advised the Court that they have no objections to the Report and Recommendation (Doc. 15).

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 14) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Notice of Filing, Joint Stipulation and Motion for Approval of Settlement Agreement and Dismissal with Prejudice with Incorporated Memorandum of Law (Doc. 13) is **GRANTED.**

(3) The Settlement Agreement (Doc. 13 – Attachment A) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(4) This case is **DISMISSED WITH PREJUDICE**.

(5) The Clerk is directed to close this file.

**DONE AND ORDERED** at Tampa, Florida on January 27, 2015.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Elizabeth A. Jenkins
Counsel of Record